

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>      Plaintiff,<br><br>vs.<br><br>NIKKI A. CHOMAKOS,<br><br>      Defendant. | 2:05-CR-243-PMP-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#19) on March 30, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Lawrence Jack Ashford
Amount of Restitution: $1,000,000.00

Name of Payee: Kenneth Mack Robinson
Amount of Restitution: $500,000.00

**Total Amount of Restitution Ordered:** $1,500,000.00

Dated this _21_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE